## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Shawn A. Wichman, Task Force Officer, United States Department of Justice, Federal Bureau of Investigation (FBI), being duly sworn, state:

## I. INTRODUCTION

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI). As such, I am "an investigative or law enforcement officer of the United States," within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States empowered by law to conduct investigations and make arrests for offenses enumerated in 18 U.S.C. § 2516. I became a Police Officer with the Billings Police Department in October of 2005. I have worked approximately eleven years as a uniformed patrol officer. I have also worked approximately three years as a detective for the Billings Police Department. For the last one- and one-half years of that time, assigned to investigate crimes against children. In addition to these crimes I also investigated homicides, robberies, thefts and assaults. When I was not assigned to the general investigations division I have worked at the Eastern Montana High Intensity Drug Traffic Area (EMHIDTA). During the approximate two and a half years at EMHIDTA I was assigned to the Federal Bureau of Investigations as a Task Force Officer (TFO). I have been assigned to work federal, state, and local narcotics investigations but target federal interstate narcotics investigations.

1

2. Throughout my career, I have received specialized training from a variety of federal, state, and local law enforcement agencies concerning several law enforcement topics.

3. Specifically, I have conducted or assisted with investigations relative to the manufacture, smuggling and distribution of controlled substances and the subsequent illicit transfer and laundering of the proceeds derived from the sale of controlled substances. I have also participated in numerous narcotics investigations which have resulted in the seizure of large quantities of controlled substances, firearms, and contraband associated with violations of Title 18 and Title 21 of the United States Code. I am familiar with, and have participated in, all of the normal methods of investigation, including but not limited to visual surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, the use of pen registers, the utilization of undercover agents, the use of Grand Jury, and the use of court authorized wire and electronic intercepts. Additionally, I have consulted with other Agents who have been involved in similar investigations.

4. Throughout my career, I have discussed with numerous law enforcement officers, cooperating defendants, and informants, the methods and practices used by gang members and narcotics distributors and I am familiar with their typical methods of operation, including, the manufacturing, distribution, storage and

transportation of narcotics, and the collection of money, which represents the proceeds of narcotics trafficking and money laundering.

## II.   DESCRIPTION

5. This Affidavit is submitted in support of a Criminal Complaint issued for Isidro Vega CARMONA (aka "Miguel"), Victor Daniel Mejia OCAMPO, Jose Maria JURADO, and Risela Anahid Heredia SOBERANES; charging them with Conspiracy to Possess with Intent to Distribute controlled substances, in violation of Title 21, United States Code, Section 846. The statements in this Affidavit pertain to the investigation described below and are based in part on information provided by my own observations and experience as an FBI Task Force Officer, and the observation and experiences of other fellow law enforcement officers participating in the investigation. This Affidavit does not purport to contain all facts related to this investigation, but only those facts necessary to establish probable cause with respect to the aforementioned offense.

## III.   PROBABLE CAUSE

6. Your affiant is aware that in mid-July 2022, FBI and Missouri River Drug Task Force (MRDTF) investigators utilizing confidential informant (CI) 210406 conducted a controlled purchase of four grams of cocaine from a male known as "Miguel" later identified as Isidro CARMONA. The purchase occurred at CARMONA's residence located at 2811 N 27th Ave., Unit 1, in Bozeman MT.

During the purchase, surveillance units observed another Hispanic male, later identified as Victor OCAMPO, with CARMONA during the purchase.

7. In mid-October 2022, FBI CHS S-110532 met with CARMONA at his residence and had a speakerphone conversation with CARMONA and a male the CHS knew as "Guero", later identified as Jose JURADO. During their phone conversation, the CHS also contacted an Undercover Agent (UC), as instructed. During the phone conversation, CARMONA and JURADO agreed to sell the UC four pounds of methamphetamine for $18,000.

8. In late August 2022, CHS S-110532 and the UC met with CARMONA and OCAMPO, at CARMONA's residence. During the meet, CARMONA and OCAMPO arranged to meet with the UC later that evening to sell the UC four pounds of meth. CARMONA told the UC the meth had not arrived yet. CARMONA explained that the people bringing the meth were travelling from Denver, CO and he would contact the UC when the meth arrived.

9. Several hours later, CARMONA contacted the UC and told him the meth had arrived. The UC returned to CARMONA's residence and met with CARMONA. During the meet, the UC purchased four pounds of methamphetamine from CARMONA.

10. Prior to the purchase, surveillance units positioned at CARMONA's residence were able to observe a white Honda Accord with Colorado tag# AFSV16

4

arrive at CARMONA's residence. Surveillance units observed JURADO and a female, later identified as Risela SOBERANES, exit the Honda and retrieve items from the trunk. JURADO and SOBERANES got back in the Honda and left CARMONA's residence a few minutes before the UC purchased the meth from CARMONA.

11. In early October 2022, the UC had a cellular telephone conversation with CARMONA. During the conversation, CARMONA offered to sell the UC twenty-five pounds of methamphetamine for $100,000. CARMONA told the UC he would deliver the methamphetamine to the UC in mid-October 2022 in Billings, MT. CARMONA told the UC that the same female, SOBERANES, from Denver, CO who delivered the four pounds would be delivering the twenty-five pounds.

12. CARMONA's cellular telephone number, provided by CHS S-110532 and the UC, was ran in the Bozeman Police Department database Zuercher. The cellular telephone number was attached to a record of a male named Isidro Vega CARMONA, date of birth 05/14/1995. The Zuercher record of CARMONA also contained a photograph.

13. FBI and MRDTF investigators showed the photograph of CARMONA, obtained in Zuercher, to CHS S-110532 and the UC. CHS S-110532 and the UC both positively confirmed the photograph of CARMONA was the male they both knew as "Miguel."

14. A Department of Homeland Security database records check of CARMONA was conducted and the photograph attached to that record did not match the photograph of CARMONA found in Zuercher.

15. On 10/07/2022, an agent with the MRDTF applied for and was granted a search warrant from the United States District Court for the District of Montana for the cellular locations of CARMONA.

16. On 10/12/2022, CARMONA contacted the UC by cellular telephone and confirmed the 25 pounds of methamphetamine was on its way to Billings, Montana from Denver, Colorado. CARMONA again confirmed that the same "girl", SOBERANES, who delivered the four pounds, was driving the 25 pounds of meth to Montana. CARMONA told the UC he would meet him in Billings when the methamphetamine arrived.

17. Agents observed the cellular telephone locations of CARMONA were moving from his residence in Bozeman, MT east along Montana Interstate 90 towards Billings, MT. The cellular telephone locations reached a final destination in the area of Broadwater Ave. and 3rd Street West in Billings, MT.

18. Several minutes later surveillance units, consisting of the FBI, DEA, EMHIDTA, MRDTF, and assigned officers of the Billings Police Department and Montana Highway Patrol, located the white Honda Accord CO tag # AFSV16 with a female driver, SOBERANES. Surveillance units followed the Honda to a

residence located 246 ½ Broadwater Ave. in Billings, MT. SOBERANES parked, exited the Honda, and then entered the residence.

19. When surveillance units arrived at 246 ½ Broadwater Ave., they observed a tan Ford pickup truck with Texas tag# PCW8056 parked by an alley south of the residence. The Ford pickup tag# was ran in NCIC and the NCIC return showed the truck was registered to CARMONA.

20. CARMONA then contacted the UC and told the UC he was ready to deliver the meth when the UC arrived. CARMONA told the UC to travel to a Holiday gas station located at Broadwater Ave. and 1st Street West in Billings, MT. The gas station was in close proximity to the residence.

21. Surveillance units observed CARMONA and OCAMPO exit the residence and enter the Ford pickup truck. SOBERANES then exited the residence and got back in the white Honda.

22. After a few hours, SOBERANES exited the Honda and entered the Ford pickup with CARMONA and OCAMPO. CARMONA then contacted the UC and said he wanted to meet the UC at the Northern Hotel located at 19 N Broadway, Billings, MT.

23. After CARMONA contacted the UC, surveillance units observed CARMONA and OCAMPO exit the truck and remove a large black rolling suitcase from the trunk of the Honda. CARMONA took the black suitcase and

started walking in the direction of the Northern Hotel. OCAMPO entered the Honda and drove away from the residence in the direction towards the Northern Hotel.

24. CARMONA was then stopped and arrested near the intersection of 1st Ave. N and N 33rd Street. His identity was confirmed as ISIDRO VEGA CARMONA aka "Miguel" by his Mexican Consular ID Card that was found on his person during the arrest. The arrest was made by FBI, DEA, EMHIDTA, MRDTF, and assigned officers of the Billings Police Department and Montana Highway Patrol.

25. OCAMPO parked the white Honda and exited. He was then arrested walking away from the Honda near the intersection of N. Broadway Street and Montana Avenue. His identity as Victor Daniel Mejia OCAMPO was confirmed by his Mexican driver's license found on his person during the arrest. The arrest was made by FBI, DEA, EMHIDTA, MRDTF, and assigned officers of the Billings Police Department and Montana Highway Patrol.

26. SOBERANES was arrested at the residence located at 246 ½ Broadwater Ave. while she was sitting in CARMONA's pickup truck. Her identity of Risela Anahid Heredia SOBERANES was confirmed by her Mexican driver's license found in her purse during the arrest. The arrest was made by FBI, DEA, EMHIDTA, MRDTF, and assigned officers of the Billings Police Department and Montana Highway Patrol.

27. The black suitcase was seized by the arresting agents and an inventory search was conducted before the suitcase was placed in a police patrol vehicle for transport to the EMHIDTA evidence facility. The suitcase contained several items of female clothing and numerous plastic bags containing a crystalline substance believed to be methamphetamine. In accordance with Billings Police Department Inventory Search Policy, the bag was sealed and secured pending the application of a search warrant.

28. After her arrest, a Mirandized interview was conducted by FBI SA Colin Cialella and DEA Agent Jeremy Crowther with SOBERANES. SOBERANES admitted she received a black and green Nautica suitcase from a male she knew as "Guero" in Colorado on 10/11/2022. "Guero" instructed her to travel to Billings on 10/12/2022 with the suitcase and deliver it to him. She claimed that she did not know that there was methamphetamine in the suitcase.

29. SOBERANES said, in early September 2022, she travelled in her white Honda Accord to "Guero's" residence located at 246 ½ Broadwater Ave. in Billings, MT. She, "Guero," and another male then travelled to CARMONA's residence in Bozeman, MT. She claimed she was not aware if "Guero" brought anything to CARMONA during that visit.

30. On 10/13/2022, a male identified as Jose Maria JURADO contacted the Billings Police Department to report a burglary to his residence located at 246 ½

Broadwater Ave (JURADO was unaware that the residence had been searched pursuant to a state of Montana search warrant). A photograph of JURADO was shown to CHS S-110532. CHS S-110532 positively confirmed the photograph of JURADO was the male he knew as "Guero."

## CONCLUSION

31. Based upon my knowledge of the overall investigation, I believe Isidro Vega CARMONA, Victor Daniel Mejia OCAMPO, Jose Maria JURADO, and Risela Anahid Heredia SOBERANES were involved in the distribution of controlled substances in Montana. Moreover, based upon my training, experience, and totality of the evidence noted herein, I believe probable cause exists that Isidro Vega CARMONA, Victor Daniel Mejia OCAMPO, Jose Maria JURADO, and Risela Anahid Heredia SOBERANES conspired to possess with the intent to distribute controlled substances in violation of Title 21, United States Code, Section 846, in the State and District of Montana beginning in or about September and continuing until on or about October 12, 2022.

///

///

///

///

32. I swear that the facts presented herein are true and accurate to the best of my knowledge.

*[signature]*

Shawn A. Wichman
Task Force Officer
Federal Bureau of Investigation

SWORN AND SUBSCRIBED TO BEFORE ME THIS 14th DAY OF OCTOBER, 2022.

*[signature]*

Honorable Timothy J. Cavan
United States Magistrate Judge
District of Montana