IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

AFFIDAVIT OF ANGELINA COMIER

ANGELINA COMIER, being first duly sworn says:

1. I have extensive experience translating English and Spanish in legal affairs.

2. When I speak a standard variety of Spanish, I am **always** able to use correct pronunciation and intonation without any significant effort. **Most of the time**, I am able to understand standard varieties of Spanish usage from any country in the Spanish-speaking world.

3. **Most of the time**, I am able to speak Spanish fluently and can incorporate regional colloquialisms and slang expressions while I am engaged in conversations with native speakers;

4. I am **always** able to read and understand articles of general interest written in standard Spanish including technical material written in Spanish e.g. legal documents, probation or social services reports, medical reports, and correspondence in Spanish that may be written in an archaic or semi-literate manner.

5. I am **always** able to comprehend speakers without any significant extra effort when listening to varieties of spoken English other than standard American English. **Most of the time**, when I watch the nightly news on English language television, I can simultaneously render the newscaster's speech into Spanish without falling behind **for a while**. I am **always** able to render precise, accurate interpretations from English into Spanish without omissions or additions; to interpret from English into Spanish and maintain the speaker's register in terms of level and

-1-

complexity of vocabulary and sentence construction without hesitation; and when engaged in conversation to **always** speak standard American English with correct pronunciation and intonation, and to speak English fluently and incorporate regional colloquialisms, slang terms, and slang expressions.

6. I am **always** able to read and understand technical material written in English such as legal documents, probation or social services reports, medical reports, etc., and to interpret consecutively in both directions what the speaker is saying. **Most of the time**, I am able to interpret every oral utterance, even those embarrassing to me or other court participants, in either direction; and to monitor my own interpretations and correct my mistakes when going in either direction and when interpreting consecutively or simultaneously. I am **always** able to research the meaning of specific words and terms efficiently and effectively. **Most of the time**, I am able to interpret effectively under pressure of time constraints, adversarial settings, and in emotionally charged circumstances when going in either direction and when interpreting consecutively or simultaneously. I am **always** able to comprehend and retain conversation or testimony as long as necessary in order to render an accurate interpretation when I am interpreting consecutively in either direction. If someone reads a passage to me that is directive (what something looks like or something that happened), **most of the time** I am able to remember and repeat back what I heard word-for-word even if the passage is as many as 30-40 words long. I am **always** able to speak clearly and can adjust the loudness of my speech so that I am audible to the intended audience in both intimate and public interpreting settings and to efficiently take notes when interpreting consecutively while preserving the natural flow of question and answer.

Affiant sayeth further not.

Dated this 5th day June , 2008

*Angelina V Cormier*
Angelina Comier

**File:** Angelina Comier aff.wpd (Clair, Court Interpreters Project)